# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____

SAFEGUARD SUPPORT SERVICES, LLC,

                        Plaintiff,

v.

NATIONWIDE REFERRAL SERVICES, LLC,
d/b/a NATIONAL LEGAL REFERRAL SERVICE,
a foreign limited liability company, and LEGAL
HELPERS DEBT RESOLUTION, LLC, a foreign
limited liability company, a/k/a MACEY, ALEMAN,
HYSPLIP & SEARNS,

                        Defendants.
_____/

## DEFENDANT LEGAL HELPERS DEBT RESOLUTION, LLC'S
## CONSENT TO REMOVAL

Defendant Legal Helpers Debt Resolution, LLC ("Legal Helpers"), a Nevada limited liability company, consents to the removal of this action from the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida, Case No. 11-10145, to the United States District Court for the Southern District of Florida, by Defendant Nationwide Referral Services, LLC.

Dated: August __, 2011

                                            Rebecca F. Bratter, Esq.
                                            Florida Bar No. 0685100

                                            GREENSPOON MARDER, P.A.
                                            100 W. Cypress Creek Road, Suite 700
                                            Ft. Lauderdale, FL 33309
                                            (954) 491-1120
                                            *Attorneys for Defendant Legal Helpers*
                                            *Debt Resolution, LLC*