UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO.: 11-61977-CIV-KMW

SAFEGUARD SUPPORT SERVICES, LLC,

    Plaintiff,

v.

NATIONWIDE REFERRAL SERVICES,
LLC, d/b/a NATIONAL LEGAL REFERRAL
SERVICE, a foreign limited liability company,
and LEGAL HELPERS DEBT
RESOLUTION, LLC, a foreign limited
liability company, a/k/a MACEY, ALEMAN,
HYSLIP & SEARNS,

    Defendants.
_____/

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Nationwide Referral Services, LLC ("Nationwide") represents that it is a private non-governmental party; it does not have a parent company; and that no publicly held corporation owns 10% or more of its stock.

Dated: September 13, 2011        Respectfully submitted,

        By:    /s/ Herman J. Russomanno III
                  Herman J. Russomanno (Fla Bar No. 240346)
                  hrussomanno@russomanno.com
                  Herman J. Russomanno III (Fla. Bar No. 21249)
                  herman2@russomanno.com

                  Richard J. Babnick, Jr., Esq. (*pro hac vice to be filed*)
                  Sichenzia Ross Friedman Ference LLP
                  61 Broadway, 32nd Floor
                  New York, New York 10006

                  *Attorneys for Defendant Nationwide Referral Services, LLC*

- 2 -

**<u>CERTIFICATE OF SERVICE</u>**

   I hereby certify that on September 13, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

               <u>/s/  Herman J. Russomanno III</u>