UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-cv-61977-KMW

SAFEGUARD SUPPORT SERVICES, LLC,

        Plaintiff,

vs.

NATIONWIDE REFERRAL SERVICES, LLC,
d/b/a NATIONAL LEGAL REFERRAL SERVICE,
a foreign limited liability company, and LEGAL
HELPERS DEBT RESOLUTION, LLC, a foreign
limited liability company, a/k/a MACEY, ALEMAN,
HYSLIP & SEARNS,

        Defendants.
_____/

**DEFENDANT'S LEGAL HELPERS DEBT
RESOLUTION, LLC RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Legal Helpers Debt Resolution, LLC represents that it is a private non-governmental party; it does not have a parent company; and that no publicly held corporation owns 10% or more of its stock.

Dated: September 19, 2011

        Respectfully Submitted,

        GREENSPOON MARDER, P.A.

        */s/ Richard W. Epstein*
        Richard W. Epstein (Florida Bar No. 229091)
        Richard.Epstein@gmlaw.com
        Rebecca F. Bratter (Florida Bar No. 685100)
        Rebecca.Bratter@gmlaw.com
        Trade Centre South, Suite 700
        100 West Cypress Creek Road
        Fort Lauderdale, Florida 33309
        954.491.1120 (Telephone)
        954.343.6958 (Fax)

*Attorneys for Defendant Legal Helpers Debt Resolution, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Richard W. Epstein*

6770962 v1