UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 11-61977-Civ-Williams

**SAFEGUARD SUPPORT SERVICES, LLC,**

    Plaintiff,

v.

**LEGAL HELPERS DEBT RESOLUTION, LLC,**
a foreign limited liability company,
a/k/a **MACEY, ALEMAN, HYSLIP & SEARNS,**

    Defendant.

---

## JOINT STATUS REPORT

**COMES NOW**, both parties in the present matter who herein file a Joint Status Report pursuant to the Court's order dated February 9, 2012, requiring the parties to file such a Status Report, and in support thereof state the following:

1. The parties in this matter have agreed to a final settlement of Plaintiff's claims and are now in the process of finalizing and reducing this agreement to a final written settlement agreement and release.

2. The parties anticipate that the final details of this settlement will be carried out within the next thirty (30) days and that a Notice of Voluntary Dismissal will be filed upon completion of all such settlement details.

**Respectfully submitted,**

Dated this 15th day of March, 2012.

By: */s/ Bradley A. Tobin*
    Bradley A. Tobin, Esq. (FBN 0101818)
    **Feldman, Fox & Morgado, P.A.**
    2701 N. Rocky Point Drive, Ste. 1000
    Tampa, Florida 33607
    *Attorney(s) for Plaintiff,*
    *Safeguard Support Services, LLC.*

By: */s/ Rebecca F. Bratter*
    Richard W. Epstein, Esq. (FBN 229091)
    Rebecca F. Bratter, Esq. (FBN 685100)
    **Greenspoon Marder, P.A.**
    Trade Centre South, Suite 700
    100 West Cypress Creek Road
    Fort Lauderdale, Florida 33309
    *Attorneys for Defendant,*
    *Legal Helpers Debt Resolution, LLC.*