UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61977-CV-WILLIAMS

SAFEGUARD SUPPORT SERVICES, LLC,

    Plaintiff,

vs.

NATIONWIDE REFERRAL SERVICES,
LLC, *et al.*,

    Defendants.

_____

## ORDER REQUIRING RESPONSE

**THIS MATTER** is before the Court upon a *sua sponte* review of the record. On March 15, 2012, the parties filed a status report (DE 40) indicating that they have agreed to a final settlement but need additional time to finalize an agreement. Accordingly, it is hereby **ORDERED AND ADJUDGED** that on or before April 15, 2012, the parties shall file a status report advising the Court as to the likelihood of settlement.

**DONE AND ORDERED** in chambers in Miami, Florida, this 16th day of March, 2012.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE