UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
(Ft. Lauderdale)

**SAFEGUARD SUPPORT SERVICES, LLC,**

    Plaintiff,                                  Case No.: 11-CV-61977-KMW

v.

**NATIONWIDE REFERRAL SERVICES,
LLC, d/b/a NATIONAL LEGAL REFERRAL
SERVICE**, a foreign limited liability company,
and **LEGAL HELPERS DEBT
RESOLUTION, LLC**, a foreign limited
liability company, a/k/a **MACEY, ALEMAN,
HYSLIP & SEARNS,**

    Defendants.

_____

**PLAINTIFF'S NOTICE OF
VOLUNTARY DISMISSAL WITH PREJUDICE**

      **COMES NOW** Plaintiff, SAFEGUARD SUPPORT SERVICES, LLC**,** by and through the undersigned counsel, and hereby notifies this Court that Plaintiff voluntarily dismisses this action and its asserted claims with prejudice.

                                                    Respectfully submitted,

                                               By:  */S/ Bradley A. Tobin*_____
                                                     Bradley A. Tobin, Esquire (FBN: 0101818)
                                                     **FELDMAN, FOX & MORGADO, P.A.**

## CERTIFICATE OF SERVICE

I hereby certify a copy of foregoing was filed electronically on **May 2, 2012**. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                        Attorney for the Plaintiff,

                        */S/ Bradley A. Tobin*
                        Bradley A. Tobin, Esquire
                        **FELDMAN, FOX & MORGADO, P.A.**
                        501 North Reo Street
                        Tampa, Florida 33609
                        813-639-9366 Telephone
                        813-639-9376 Facsimile
                        Email:  Btobin@ffmlawgroup.com
                        *Attorney(s) for Plaintiff*
                        *Safeguard Support Services.*

4820-4168-5007, v.  1