UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61977-CV-WILLIAMS

SAFEGUARD SUPPORT SERVICES, LLC,

    Plaintiff,

vs.

NATIONWIDE REFERRAL SERVICES, LLC, *et al.*,

    Defendants.

### ORDER DISMISSING CASE WITH PREJUDICE AND CLOSING CASE

Upon consideration of the record and in light of the Stipulation of Dismissal with Prejudice by and between the parties (DE 44), this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and fees.[1] The Clerk of Court is instructed to **CLOSE** this case for administrative purposes.

**DONE AND ORDERED** in chambers in Miami, Florida, this 10th day of May, 2012.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record

---

[1] The Court notes that the parties requested that the Court retain jurisdiction to enforce the terms of their settlement agreement. Pursuant to the Eleventh Circuit's order in *Anago Franchising, Inc. v. Shaz, LLC*, __ F.3d __, 2012 WL 1380417, at *6 (11th Cir. Apr. 23, 2012) (publication forthcoming), this Court cannot issue an order to that effect in light of the parties' stipulation of dismissal.